# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN RICHARD GIRARDOT, JR.<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:26-mj-0013-JDP<br>)<br>)<br>)<br>) |

**FILED**
Feb 18, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 18, 2026  in the county of  Sacramento  in the
 Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(q)(2)(A) | Possession of a firearm within a school zone |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Kyle Roberts
*Complainant's signature*

FBI TFO Kyle Roberts
*Printed name and title*

Sworn to me and signed via telephone.

Date: February 18, 2026

*Judge's signature*

City and state:  Sacramento, California    Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kyle Roberts, having been duly sworn, state as follows:

### I.     INTRODUCTION AND AGENT BACKGROUND

1.     I am a Detective/Task Force Officer with the Sacramento Police Department and have been since May 13, 2024.  I am currently assigned to the FBI Joint Terrorism Task Force.  As a deputized federal agent, I am authorized to investigate violations of laws of the United States issued under the authority of the United States.  My investigative responsibilities include ideological violent crime.

2.     In July of 2014, I attended the Sacramento Police Academy and graduated in December of 2014.  This academy was certified by the California Commission on Peace Officer Standards and Training (POST).  During this approximately six (6) month long academy, I received basic instruction in all aspects of policing which included but was not limited to: investigation, interviewing, criminal law, arrest procedures, firearms, arrest control, and police tactics.  I also received twenty (20) hours of training from experienced narcotics investigators regarding the identification of illegal narcotics, including but not limited to: methamphetamine, cocaine hydrochloride, cocaine base/rock cocaine, heroin, and marijuana.  These experienced narcotic investigators discussed, demonstrated, and lectured how these drugs were used, transported, packaged for sale, and sold.

3.     Since December of 2014 to present, I have conducted, as well as participated in, no less than one hundred (100) preliminary criminal investigations, including but not limited to: homicide, rape, robbery, burglary, assault, fraud, larceny, traffic offenses, and various narcotic related offenses.  During these investigations, I conducted interviews with victims, witnesses, and suspects and have made numerous arrests as a result.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended

1

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.  Where statements made by other individuals are referenced in this Affidavit, such statements are described in sum and substance and in relevant parts only. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant parts only.

6.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Brian Richard GIRARDOT Jr. has violated 18 U.S.C. § 922(q)(2)(A) – possession of a firearm within a school zone.[1]

7.  The FBI is investigating an incident that occurred on February 18, 2026. A 20-year-old male, Brian Richard GIRARDOT Jr., was arrested by Sacramento Police Department on February 18, 2026 for illegal possession of a firearm while trying to access an Ash Wednesday Mass at St. Mary Catholic Church/St. Mary Parish School in Sacramento, California. Shortly thereafter, law enforcement discovered a suicide note at GIRARDOT's home, which he admitted writing.

## PROBABLE CAUSE

8.  St. Mary Catholic Church is a catholic church located at 1133 58th Street in Sacramento. Associated with the church is St. Mary Parish School, which is an adjacent parochial school located at 1351 58th Street in Sacramento. Both are within the State and Eastern District of California. St. Mary Parish School provides primary and secondary education under California law and has a student population ranging from kindergarten through 8th grade.

9.  GIRARDOT Jr.'s younger relative attends St. Mary Parish School. On February 18, 2026, GIRARDOT Jr. drove his younger relative to school and dropped her off at St. Mary Parish School at approximately 7:45 a.m.

---

[1] A "school" is "a school which provides elementary or secondary education, as determined under State law." 18 U.S.C. § 921(a)(27). A "school zone" means a location "within a distance of 1,000 feet from the grounds of a public, parochial or private school." 18 U.S.C. § 921(a)(26)(B).

2

10. GIRARDOT Jr. returned at approximately 9:30 a.m. and walked onto the property of St. Mary Catholic Church/St. Mary Parish School. He walked to the front of the Church building and attempted to enter the Church. The Church was in the process of holding an Ash Wednesday mass, which had begun earlier that morning at 8 a.m.

11. GIRARDOT Jr. was stopped and subsequently arrested by an off-duty Sacramento PD detective who was providing security for St. Mary. A loaded Taurus Tracker .44 magnum caliber revolver, serial number AEL820334, was located on GIRARDOT Jr.'s person during a search conducted by Sacramento PD. Sacramento PD also conducted a search of GIRARDOT Jr.'s vehicle where additional ammunition and a camouflage jacket were located. I know from training and experience that Taurus does not manufacture firearms in the State of California, and therefore, this firearm has traveled in interstate commerce.

12. On February 18, 2026, Sacramento PD conducted a search of GIRARDOT Jr.'s residence in Sacramento, California. In a safe in the garage, officers located a Winchester 12-gauge shotgun, serial number 11BMM18368, a Winchester Model 69A .22 caliber rifle, a Ruger Model 1022 .22 caliber rifle, serial number 826-98132, and a Winchester Model 670 .30-06 caliber rifle. Officers located a series of handwritten notes in a stack in GIRARDOT Jr.'s bedroom. One of the notes included the following language: "Suicide Note fuck you!!!" and on the back of this note was written ". . . rest of yall . . . fuck you die!!!" and "Hello oficifer [sic]!" One of the other notes stated: "[relative 1], [relative 2], and [relative 3] All of you are the reason Ive done this."

13. During an interview later that day, GIRARDOT Jr. admitted to writing the notes officers found in his bedroom but claimed he had written them a while ago and just takes them out and looks at them. The notes were found on top of a pile, however, suggesting that he had recently placed or moved the notes there.

14. GIRARDOT Jr. was a previous student at St. Mary. Sacramento Police Department confirmed GIRARDOT Jr.'s relative was a current student at St. Mary and was on campus during the time of arrest on February 18, 2026.

3

15.   GIRARDOT Jr. has one prior arrest. On June 19, 2024, GIRARDOT Jr. was arrested by California Highway Patrol (CHP) for violations of California Penal Code 602(m) – Trespassing. GIRARDOT Jr. was contacted by CHP at 1618 P Street, Sacramento, California, which was a California state building under construction at the time.

## CONCLUSION

16.   For the reasons stated above, there is probable cause to believe that GIRARDOT violated 18 U.S.C. § 922(q)(2)(A).

Respectfully submitted,

/s/ Kyle Roberts
Kyle Roberts
Detective/FBI Task Force Officer
Sacramento Police Department

Subscribed and sworn to me before me
over the telephone pursuant to Fed. R.
Crim. P. 4.1 and 4(d) on: February 18, 2026

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

/s/ *Elliot C. Wong*
Approved as to form by AUSA Elliot C. Wong

## United States v. BRIAN RICHARD GIRARDOT, Jr.
## Penalties for Criminal Complaint

**COUNT 1:**

VIOLATION:  18 U.S.C. 922(q)(2)(A) – Possession of a firearm within a school zone

PENALTIES:  A maximum of up to five years imprisonment, which shall not run concurrently with any other term of imprisonment imposed under any other provision of law;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)