**EXHIBIT A**

[REDACTED] I love you with all my heart and soul and you just wanted what was best for me I owe my life to you. I love you [REDACTED]

I want my mfing dogs taken care of. they have been with and stuck with me during terrible times in my life

[REDACTED] I probly owe my life to [REDACTED] us instead awesome

and [REDACTED] [REDACTED] All of you are the reason I've done

get so little at the same time, Like I did a lot. you fuckers mostly [REDACTED] [REDACTED] completely hijacked me from a good life

suicide note

fuck you!!!

And to whom I consider friends, I want them to see this... screw y'all fuck you ▓▓▓, you're a great way, hope you see this watch more Anime and the show barry!

rest of y'all especially ▓▓▓... fuck you die!!"

Hello opicifer!